UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

TRUSTEES OF THE NEW YORK CITY
DISTRICT COUNCIL OF CARPENTERS
PENSION FUND, WELFARE FUND,
ANNUITY FUND, AND
APPRENTICESHIP, JOURNEYMAN
RETRAINING, EDUCATIONAL AND
INDUSTRY FUND, TRUSTEES OF THE
NEW YORK CITY CARPENTERS
RELIEF AND CHARITY FUND, THE
CARPENTER CONTRACTOR ALLIANCE
OF METROPOLITAN NEW YORK, and
THE NEW YORK CITY DISTRICT
COUNCIL OF CARPENTERS,

                    Petitioners,

         -v.-

THREE GUYS FLOOR COVERING
WORKROOM INC.,

                    Respondent.

21 Civ. 910 (KPF)

**ORDER**

KATHERINE POLK FAILLA, District Judge:

    On February 3, 2021, Petitioners filed a petition to confirm an arbitration award.  (Dkt. #1).  Proceedings to confirm an arbitration award must be "treated as akin to a motion for summary judgment."  *D.H. Blair & Co., Inc.* v. *Gottdiener*, 462 F.3d 95, 109 (2d Cir. 2006).  Accordingly, it is hereby ORDERED that Petitioners shall move for confirmation of the arbitral award in the form of a motion for summary judgment — in accordance with Rule 56 of the Federal Rules of Civil Procedure and Local Rule 56.1 of the Southern District of New York — by **March 5, 2021**.  Respondent's opposition, if any, is due on **April 5, 2021**.  Petitioners' reply, if any, is due **April 19, 2021**.

Petitioners shall serve the petition upon Respondents electronically and by overnight mail no later than **February 10, 2021**, and shall file an affidavit of such service with the court no later than **February 17, 2021**.

SO ORDERED.

Dated: February 3, 2021
        New York, New York

_____
KATHERINE POLK FAILLA
United States District Judge