**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

------------------------------------------------------------X

TRUSTEES OF THE NEW YORK CITY DISTRICT COUNCIL OF CARPENTERS PENSION FUND, WELFARE FUND, ANNUITY FUND, AND APPRENTICESHIP, JOURNEYMAN RETRAINING, EDUCATIONAL AND INDUSTRY FUND, TRUSTEES OF THE NEW YORK CITY CARPENTERS RELIEF AND CHARITY FUND, THE NEW YORK CITY AND VICINITY CARPENTERS LABOR-MANAGEMENT CORPORATION and the NEW YORK CITY DISTRICT COUNCIL OF CARPENTERS,

                              Petitioners,                      21 **CIVIL** 910 (KPF)

       -against-                                  **JUDGMENT**

THREE GUYS FLOOR COVERING WORKROOM INC.,

                              Respondent.

------------------------------------------------------------X

It is hereby **ORDERED, ADJUDGED AND DECREED:** That for the reasons stated in the Court's Opinion and Order dated October 18, 2021, the Petition is granted. Judgment is entered in the amount of $373,026.89; consisting of (i) the arbitration award of $353,149.58; (ii) $16,813.31 in prejudgment interest; (iii) $2,989 in attorneys' fees; (iv) and $75 in costs. Post-judgment interest will accrue at the statutory rate pursuant to 28 U.S.C. § 1961; accordingly, the case is closed.

**Dated:**  New York, New York
           October 18, 2021

                                                  **RUBY J. KRAJICK**
                                                      Clerk of Court

                                              BY: _____
                                                        Deputy Clerk